Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100
kgallagher@mcdonaldcarano.com

Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

Ann H. MacDonald, Esq. (*Pro Hac Vice* Forthcoming)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5548
ann.macdonald@afslaw.com

Elise Yu, Esq. (*Pro Hac Vice* Forthcoming)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1556
elise.yu@afslaw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.S., pseudonymously,<br><br>    Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, INC., MERUELO GROPU, LLC; TRUCKEE GAMING, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 Through 30,<br><br>    Defendants. | Case No. 3:25-cv-00408-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CAESARS ENTERTAINMENT, INC.'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

4938-7317-0793.1

1  Plaintiff K.S. ("Plaintiff") and Defendant Caesars Entertainment, Inc., ("Caesars Entertainment" and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

2  1. On August 15, 2025, Plaintiff filed her First Amended Complaint in this Court, (ECF No. 1) (the "Complaint").

3  2. On August 25, 2025, Plaintiff served the Summons and First Amended Complaint on Caesars Entertainment (ECF No. 14).

4  3. Pursuant to Fed. R. Civ. P. 81(c)(2), the current deadline for Caesars Entertainment to answer or otherwise respond to the First Amended Complaint is September 15, 2025.

5  4. The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Defendant Caesars Entertainment, Inc. to answer or otherwise respond to the First Amended Complaint by twenty-eight (28) days, making the deadline to answer or otherwise respond **October 13, 2025**.

6  5. This is the first stipulation for an extension of the time for Defendant to answer or otherwise plead in response to the First Amended Complaint. It is not sought for purposes of delay, but rather to allow Caesars adequate time to investigate and prepare an appropriate response to Plaintiff's Complaint.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: September 15, 2025.

| | |
|---|---|
| CHRISTIAN MORRIS TRIAL ATTORNEYS | McDONALD CARANO LLP |
| /s/ *Sarah E. DiSalvo* | */s/ Kristen T. Gallagher* |
| Christian M. Morris, Esq | Kristen T. Gallagher (NSBN 9561) |
| Nevada Bar No. 11218 | 2300 W. Sahara Ave., Suite 1200 |
| Sarah E. DiSalvo, Esq | Las Vegas, NV 89102 |
| Nevada Bar No. 16398 | |
| Lindsay N. Roginski, Esq. | Chelsea Latino (NSBN 14227) |
| Nevada Bar No. 16616 | McDONALD CARANO LLP |
| 2250 Corporate Circle, Suite 390 | 100 West Liberty Street, Tenth Floor |
| Henderson, Nevada 89074 | Reno, Nevada 89501 |
| | |
| *Counsel for Plaintiff K.S.* | Ann H. MacDonald (*Pro Hac Vice* Forthcoming) |
| | ARENTFOX SCHIFF LLP |
| | 233 S. Wacker Drive, Suite 7100 |
| | Chicago, IL 60606 |
| | |
| | Elise Yu (*Pro Hac Vice* Forthcoming) |
| | ARENTFOX SCHIFF LLP |
| | 350 South Main Street, Suite 210 |
| | Ann Arbor, MI 48104 |
| | |
| | *Counsel for Defendant Caesars Entertainment, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2025