SIMONS HALL JOHNSTON P.C.
ELLEN JEAN WINOGRAD, ESQ.
State Bar No. 815
Email: ewinograd@shjnevada.com
JONATHAN MCGUIRE, ESQ.
State Bar No. 15280
Email: jmcquire@shjnevada.com
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Defendant*
*Truckee Gaming, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| K.S., individually,<br><br>Plaintiff,<br>v.<br><br>CAESARS ENTERTAINMENT, INC., MERUELO GROUP, LLC; TRUCKEE GAMING, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants.<br>_____/ | Case No. 3:25-cv-00408-MMD-CLB<br><br>**ORDER GRANTING LR 7-1 STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRUCKEE GAMING, LLC TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br>**(First Request)**<br><br>[ECF No. 30] |

Plaintiff K.S. ("Plaintiff") and Defendant Truckee Gaming, LLC ("Truckee Gaming") by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On August 15, 2025, Plaintiff filed her First Amended Complaint in this Court, (ECF No. 1), adding Truckee Gaming as a Defendant.

2. On or about August 26, 2025, Plaintiff served the Summons and First Amended Complaint on Truckee Gaming's Registered Agent. (ECF No. 16)

3. Truckee Gaming's deadline to respond to the First Amended Complaint was September 16, 2025.

4. The Parties agree, stipulate and respectfully request that the Court extend the deadline for Defendant Truckee Gaming, LLC to respond to the First Amended Complaint to and including October 13, 2025.

5. This is the first stipulation for an extension of time for Defendant Truckee Gaming to respond to the First Amended Complaint. It is not sought for purposes of delay, but rather to allow Truckee Gaming adequate time to investigate and prepare an appropriate response to Plaintiff's First Amended Complaint.

DATED this 23rd day of September, 2025.

CHRISTIAN MORRIS TRIAL ATTORNEYS

/s/ Sarah E. DiSalvo, Esq.
_____
Christian M, Morris, Esq., SBN 11218
Sarah E. DiSalvo, Esq., SBN 16398
Lindsay N. Roginski, Esq. SBN 16616
2250 Corporate Circle, Ste. 390
Henderson, NV 89074
*Attorneys for Plaintiff K.S.*

DATED this 23rd day of September, 2025.

SIMONS HALL JOHNSTON PC

/s/ Ellen Jean Winograd, Esq.
_____
Ellen Jean Winograd, Esq., SBN 815
Jonathan McGuire, Esq., SBN 15280
690 Sierra Rose Drive
Reno, Nevada 89511
ewinograd@shjnevada.com
jmcguire@shjnevada.com
*Attorneys for Defendant
Truckee Gaming, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 24, 2025