CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@CMTrialAttorneys.com
Sarah@CMTrialAttorneys.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.S., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, INC. MERUELO GROUP, LLC; TRUCKEE GAMING, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO: 3:25-cv-00408-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT MERUELO GROUP'S MOTION TO DISMISS** |

Plaintiff, K.S. ("Plaintiff"), and Defendants, CAESARS ENTERTAINMENT, INC; MERUELO GROUP, LLC; and TRUCKEE GAMING, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendant, Meruelo Group's Motion to Dismiss in the above-captioned matter.

The current deadline for Plaintiff to respond is September 30, 2025, and the parties agree to extend this deadline to October 7, 2025.

This is the parties' first request to extend Plaintiff's deadline to respond to Defendant

1

Meruelo Group's Motion to Dismiss. This stipulation is made in good faith and not for the purpose of delay.

DATED this 30th day of September 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

/s/ *Sarah DiSalvo*

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle Suite 390
Henderson NV 89074
*Attorney for Plaintiff*

DATED this 30th day of September 2025.

**MERUELO GROUP, LLC**

/s/ *David C. McElhinney*

DAVID C. McELHINNEY, ESQ.
Nevada Bar No. 0033
2500 East Second Street
Reno, Nevada 89595
Tel: 775.789.5330
david.mcelhinney@meruelogroup.com
*Attorney for Defendant Meruelo Group, LLC*

**SIMONS HALL JOHNSTON, PC**

/s/ *Ellen Jean Winograd*

ELLEN JEAN WINOGRAD, ESQ.
Nevada Bar No. 815
JONATHAN McGUIRE, ESQ.
Nevada Bar No. 15280
690 Sierra Rose Drive
Reno, Nevada 89511
ewinograd@shjnevada.com
jmcguire@shjnevada.com
*Attorneys for Defendant Truckee Gaming, LLC*

**McDONALD CARANO, LLP**

/s/

KRISTEN T. GALLAGHER, ESQ.
Nevada Bar No. 9561
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102

**McDONALD CARANO, LLP**
CHELSEA LATINO, ESQ.
Nevada Bar No. 14227
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Ann H. MacDonald (*Pro Hac Vice*)
**ARENTFOX SCHIFF LLP**
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Elise Yu (*Pro Hac Vice*)
**ARENTFOX SCHIFF LLP**
350 South Main Street, Suite 210
Ann Arbor, MI 48104
*Counsel for Defendant Caesars Entertainment.*

**ORDER**

IT IS SO ORDERED.

DATED this 1st day of October, 2025.

_____
DISTRICT COURT JUDGE

 Outlook

**RE: KS v Caesars Entertainment, et.al.**

| | |
|---|---|
| From | David McElhinney <David.McElhinney@meruelogroup.com> |
| Date | Tue 9/30/2025 4:19 PM |
| To | Dedra Curtis <Dedra@cmtalaw.com>; kgallagher@mcdonaldcarano.com <kgallagher@mcdonaldcarano.com>; ewinograd@shjnevada.com <ewinograd@shjnevada.com>; jmcguire@shjnevada.com <jmcguire@shjnevada.com> |
| Cc | Sarah DiSalvo <Sarah@cmtalaw.com> |

Dedra, my only comment is there is a typo in the stip.  You will be adding MEI-GSR Holdings, LLC in place of Meruelo Group.  You have an "O" in there that should be dropped.  If you want to get the amended complaint filed today, I will stipulate to you doing that and we can fix the typo later.



**David McElhinney**
Associate General Counsel
o:775.789.5330
c:562.413.8528
david.mcelhinney@meruelogroup.com

NOTICE: This transmission, including any attachments, may contain confidential and privileged information intended solely for use by specific recipients. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify me by telephone or e-mail immediately and destroy the transmission.  Thank you for your cooperation and assistance.

**From:** Dedra Curtis <Dedra@cmtalaw.com>
**Sent:** Tuesday, September 30, 2025 4:12 PM
**To:** kgallagher@mcdonaldcarano.com; David McElhinney <david.mcelhinney@meruelogroup.com>; ewinograd@shjnevada.com; jmcguire@shjnevada.com
**Cc:** Sarah DiSalvo <Sarah@cmtalaw.com>
**Subject:** KS v Caesars Entertainment, et.al.
**Importance:** High

Good Afternoon Council,

Attached please find for your review and approval for filing *today,* the SAO to File Second Amended Complaint and SAO to Extend Pltf Deadline as to Meruelo Group's MTD.

If these meet with your approval, would you please give me your written approval to esign, so we may file these *today*.  Thank you in advance for your prompt attention.

~Dedra
Dedra Curtis Syssau, BA, BS, FASC
Litigation Paralegal

 Outlook

**Re: KS v Caesars Entertainment, et.al.**

| | |
|---|---|
| **From** | Sarah DiSalvo <Sarah@cmtalaw.com> |
| **Date** | Tue 9/30/2025 4:49 PM |
| **To** | Denise Eardley <deardley@shjnevada.com> |
| **Cc** | Ellen Jean Winograd <EWinograd@shjnevada.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Dedra Curtis <Dedra@cmtalaw.com> |

Hi Denise,

Thank you so much! We will do so.

Sincerely,

### Sarah DiSalvo, Esq.
**Attorney**



2250 Corporate Circle Suite 390
Henderson NV 89074
Office (702) 434-8282
Fax (702) 434-1488
Sarah@cmtalaw.com
cmtrialattorneys.com

```
CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and
confidential use of the intended recipient. If you are not the intended recipient,
please do not read, distribute or take action in reliance upon this message. If you
have received this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your computer system. We do
not waive attorney-client or work product privilege by the transmission of this
message.
```

**From:** Denise Eardley <deardley@shjnevada.com>
**Sent:** Tuesday, September 30, 2025 4:48 PM
**To:** Sarah DiSalvo <Sarah@cmtalaw.com>
**Cc:** Ellen Jean Winograd <EWinograd@shjnevada.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Dedra Curtis <Dedra@cmtalaw.com>
**Subject:** RE: KS v Caesars Entertainment, et.al.

After speaking with Ms. Winograd, you may proceed with affixing her electronic signature to both stipulations. We await your response on the dismissal. Any response to this email should be sent to both ewinograd@shjnevada.com and deardley@shjnevada.com. Thank you.

Regards,

Denise Eardley
Paralegal



690 Sierra Rose Drive
Reno, NV  89511
T:  (775) 785-0088
F:  (775) 785-0087

**PERSONAL AND CONFIDENTIAL**:  The information contained in this message may be privileged, confidential and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.  If you believe you have received this e-mail message in error, please email the sender.

**From:** Sarah DiSalvo <Sarah@cmtalaw.com>
**Sent:** Tuesday, September 30, 2025 4:40 PM
**To:** Denise Eardley <deardley@shjnevada.com>
**Subject:** Fw: KS v Caesars Entertainment, et.al.

**Sarah DiSalvo, Esq.**
**Attorney**



2250 Corporate Circle Suite 390
Henderson NV 89074
Office (702) 434-8282
Fax (702) 434-1488
Sarah@cmtalaw.com
cmtrialattorneys.com

```
CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and
confidential use of the intended recipient. If you are not the intended recipient,
please do not read, distribute or take action in reliance upon this message. If you
have received this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your computer system. We do
not waive attorney-client or work product privilege by the transmission of this
message.
```

**From:** Dedra Curtis <Dedra@cmtalaw.com>
**Sent:** Tuesday, September 30, 2025 4:11 PM
**To:** kgallagher@mcdonaldcarano.com <kgallagher@mcdonaldcarano.com>; david.mcelhinney@meruelogroup.com <david.mcelhinney@meruelogroup.com>; ewinograd@shjnevada.com <ewinograd@shjnevada.com>; jmcguire@shjnevada.com <jmcguire@shjnevada.com>

 Outlook

### RE: KS v Caesars Entertainment, et.al.

| | |
|---|---|
| From | Yu, Elise H. <elise.yu@afslaw.com> |
| Date | Tue 9/30/2025 4:58 PM |
| To | Dedra Curtis <Dedra@cmtalaw.com>; David McElhinney <david.mcelhinney@meruelogroup.com>; Ellen Jean Winograd <ewinograd@shjnevada.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Sarah DiSalvo <Sarah@cmtalaw.com> |
| Cc | Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>; Chelsea T. Latino <clatino@mcdonaldcarano.com>; MacDonald, Ann H. <ann.macdonald@afslaw.com> |

Hi all,

We have no objection to the extension of time for Plaintiff to respond to Meruelo Group's MTD, but it is not necessary for Caesars Entertainment to join in the SAO.

On the SAO regarding the filing of the Second Amended Complaint, Sarah and I discussed some revisions, including correction of the named defendant for Circus Circus Reno and the possible inclusion of an agreed briefing schedule. Confirming that Sarah and team will be circulating an updated draft for everyone's review and approval.

Finally, if everyone here could please make sure to include our whole team (Kristy Gallagher, Chelsea Latino, Ann MacDonald, and myself) regarding this matter going forward, we'd appreciate it!

Thank you,
Elise

**From:** Dedra Curtis <Dedra@cmtalaw.com>
**Sent:** Tuesday, September 30, 2025 4:12 PM
**To:** Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>; david.mcelhinney@meruelogroup.com; ewinograd@shjnevada.com; jmcguire@shjnevada.com
**Cc:** Sarah DiSalvo <Sarah@cmtalaw.com>
**Subject:** KS v Caesars Entertainment, et.al.
**Importance:** High

Good Afternoon Council,

Attached please find for your review and approval for filing *today,* the SAO to File Second Amended Complaint and SAO to Extend Pltf Deadline as to Meruelo Group's MTD.

If these meet with your approval, would you please give me your written approval to esign, so we may file these *today*.  Thank you in advance for your prompt attention.

~Dedra
Dedra Curtis Syssau, BA, BS, FASC
Litigation Paralegal

