CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@CMTrialAttorneys.com
Sarah@CMTrialAttorneys.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.S., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, INC. MERUELO GROUP, LLC; TRUCKEE GAMING, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO: 3:25-cv-00408-MMD-CLB<br><br>**ORDER GRANTING STIPULATON TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT MERUELO GROUP'S MOTION TO DISMISS**<br><br>**SECOND REQUEST** |

Plaintiff, K.S. ("Plaintiff"), and Defendants, CAESARS ENTERTAINMENT, INC; MERUELO GROUP, LLC; and TRUCKEE GAMING, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendant, Meruelo Group's Motion to Dismiss in the above-captioned matter.

The current deadline for Plaintiff to respond is October 7, 2025, and the parties agree to extend this deadline to October 14, 2025.

This is the parties' second request to extend Plaintiff's deadline to respond to Defendant Meruelo Group's Motion to Dismiss. This stipulation is made in good faith and not for the

1

purpose of delay.

DATED this 7th day of October 2025.                    DATED this 7th day of October 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**                   **MERUELO GROUP, LLC**

/s/ *Sarah DiSalvo*                                    /s/ *David C. McElhinney*

CHRISTIAN M. MORRIS, ESQ.                              DAVID C. McELHINNEY, ESQ.
Nevada Bar No. 11218                                   Nevada Bar No. 0033
SARAH E. DISALVO, ESQ.                                 2500 East Second Street
Nevada Bar No. 16398                                   Reno, Nevada 89595
2250 Corporate Circle Suite 390                        Tel: 775.789.5330
Henderson NV 89074                                     david.mcelhinney@meruelogroup.com
*Attorney for Plaintiff*                               *Attorney for Defendant Meruelo Group, LLC*

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of October, 2025.

_____
DISTRICT COURT JUDGE

2

 Outlook

**Re: KS v Caesars Entertainment, et.al.**

**From** Dedra Curtis <Dedra@cmtalaw.com>
**Date** Tue 10/7/2025 5:39 PM
**To** David McElhinney <David.McElhinney@meruelogroup.com>
**Cc** Jennifer Hess <Jennifer.Hess@meruelogroup.com>; Sarah DiSalvo <Sarah@cmtalaw.com>

Thank you, David:)

*~Dedra*
Dedra Curtis Syssau, BA, BS, FASC
Litigation Paralegal



2250 Corporate Circle, Suite 390
Henderson, NV 89074
Office: (702) 434-8282, Ext. 241
Direct: (702) 840-4544
Direct Fax: (702) 921-1324

**From:** David McElhinney <David.McElhinney@meruelogroup.com>
**Sent:** Tuesday, October 7, 2025 5:37 PM
**To:** David McElhinney <David.McElhinney@meruelogroup.com>
**Cc:** Dedra Curtis <Dedra@cmtalaw.com>; Jennifer Hess <Jennifer.Hess@meruelogroup.com>; Sarah DiSalvo <Sarah@cmtalaw.com>
**Subject:** Re: KS v Caesars Entertainment, et.al.

Dedra.  Sorry for the delay.  You have my permission to affix my e-signature to the stop.
Sent from my iPhone

> On Oct 1, 2025, at 3:12 PM, David McElhinney <david.mcelhinney@meruelogroup.com> wrote:
>
> Ok.  Sounds good.  Thank you Dedra.
>
> <image005.png>
>
> **David McElhinney**
> **Associate General Counsel**
> o:775.789.5330
> c:562.413.8528
> david.mcelhinney@meruelogroup.com