Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100
kgallagher@mcdonaldcarano.com

Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

Ann H. MacDonald, Esq. (admitted *Pro Hac Vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5548
ann.macdonald@afslaw.com

Elise Yu, Esq. (admitted *Pro Hac Vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1556
elise.yu@afslaw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| K. S., pseudonymously,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, INC.; MERUELO GROUP, LLC; TRUCKEE GAMING, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>　　　　　　Defendants. | Case No.: 3:25-cv-00408-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND DEFENDANT CAESARS ENTERTAINMENT, INC.'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 38] |

　　　　Plaintiff K.S. ("Plaintiff") and Defendant Caesars Entertainment, Inc., ("Caesars Entertainment" and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On August 15, 2025, Plaintiff filed her First Amended Complaint in this Court, (ECF No. 1) (the "Complaint").

2. On August 25, 2025, Plaintiff served the Summons and First Amended Complaint on Caesars Entertainment (ECF No. 14).

3. On September 15, 2025, the Court entered the Parties' stipulation to extend the deadline for Caesars Entertainment, Inc. to answer or otherwise respond to the First Amended complaint to October 13, 2025. (ECF No. 20).

4. Plaintiff has since indicated that Plaintiff intends to seek the Court's leave to file a Second Amended Complaint. Without waiving any available defenses, Defendant Caesars Entertainment does not intend to oppose that request.

5. Should the Court deny Plaintiff's forthcoming motion for leave, the Parties agree, stipulate, and respectfully request that the deadline for Defendant Caesars Entertainment, Inc. to answer or otherwise respond to the First Amended Complaint be extended to thirty (30) days following the entry of any such order.

6. Should the Court grant Plaintiff's forthcoming motion for leave, the Parties further agree, stipulate, and respectfully request that the Court enter the following briefing schedule:

   a. Caesars Entertainment's response to the Second Amended Complaint shall be due within thirty (30) days of the filing of the Second Amended Complaint.

   b. If Caesars Entertainment files a motion in response to the Second Amended Complaint, Plaintiff's opposition to such motion shall be due within twenty-one (21) days after service of the motion.

   c. Any reply in support of a motion filed by Caesars Entertainment shall be due within fourteen (14) days after service of Plaintiff's opposition.

7. This is the second stipulation for an extension of the time for Caesars Entertainment to answer or otherwise plead in response to the First Amended Complaint. This is the first stipulation for Caesars Entertainment to answer or otherwise plead in response to the forthcoming Second Amended Complaint and for entry of a briefing schedule for same. It is not

sought for purposes of delay, but to conserve the parties' and judicial resources by allowing Caesars Entertainment to prepare an appropriate, non-duplicative response to the operative complaint.

IT IS SO STIPULATED.

      Dated: October 13, 2025.

| CHRISTIAN MORRIS TRIAL ATTORNEYS | McDONALD CARANO LLP |
|---|---|
| /s/ *Sarah E. DiSalvo*<br>Christian M. Morris, Esq<br>Nevada Bar No. 11218<br>Sarah E. DiSalvo, Esq<br>Nevada Bar No. 16398<br>Lindsay N. Roginski, Esq.<br>Nevada Bar No. 16616<br>2250 Corporate Circle, Suite 390<br>Henderson, Nevada 89074<br><br>*Counsel for Plaintiff K.S.* | /s/ *Kristen T. Gallagher*<br>Kristen T. Gallagher (NSBN 9561)<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br><br>Chelsea Latino (NSBN 14227)<br>McDONALD CARANO LLP<br>100 West Liberty Street, Tenth Floor<br>Reno, Nevada 89501<br><br>Ann H. MacDonald (admitted *Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br><br>Elise Yu (admitted *Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210<br>Ann Arbor, MI 48104<br><br>*Counsel for Defendant Caesars Entertainment, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2025