SIMONS HALL JOHNSTON P.C.
ELLEN JEAN WINOGRAD, ESQ.
State Bar No. 815
Email: ewinograd@shjnevada.com
JONATHAN MCGUIRE, ESQ.
State Bar No. 15280
Email: jmcquire@shjnevada.com
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Defendant*
*Truckee Gaming, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| K.S., individually,<br><br>    Plaintiff,<br>  v.<br><br>CAESARS ENTERTAINMENT, INC., MERUELO GROUP, LLC; TRUCKEE GAMING, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>    Defendants.<br>_____/ | Case No. 3:25-CV-00408-MMD-CLB<br><br>**ORDER GRANTING LR 7-1 STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRUCKEE GAMING, LLC TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>(Second Request)<br><br>[ECF No. 39] |

Plaintiff K.S. ("Plaintiff") and Defendant Truckee Gaming, LLC ("Truckee Gaming") by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On August 15, 2025, Plaintiff filed her First Amended Complaint in this Court, (ECF No. 1), adding Truckee Gaming as a Defendant.

2. On or about August 26, 2025, Plaintiff served the Summons and First Amended Complaint on Truckee Gaming's Registered Agent. (ECF No. 16)

3. Truckee Gaming's deadline to respond to the First Amended Complaint was September 16, 2025.

4. The Parties previously agreed, stipulated and respectfully requested that the Court extend the deadline for Defendant Truckee Gaming, LLC to respond to the First Amended Complaint to and including October 13, 2025.

5. Thereafter, all parties stipulated that Plaintiff may file a Second Amended Complaint, yet to be filed, (ECF No. unknown).

6. The Parties agree, stipulate and respectfully request that the Court extend the deadline for Defendant Truckee Gaming, LLC to respond to the First Amended Complaint to and including October 27, 2025.

7. This is the second stipulation for an extension of time for Defendant Truckee Gaming to respond to the First Amended Complaint. This extension is requested in the interest of judicial economy as Plaintiff has indicated her intent to file a Second Amended Complaint. FRCP 1.

8. This extension is not sought for purposes of delay, but rather to allow Plaintiff adequate time to file the Second Amended Complaint.

DATED this 13th day of October, 2025.

| CHRISTIAN MORRIS TRIAL ATTORNEYS | SIMONS HALL JOHNSTON |
|---|---|
| /s/ Sarah E. DiSalvo, Esq. | /s/ Ellen Jean Winograd, Esq. |
| Christian M, Morris, Esq., SBN 11218<br>Sarah E. DiSalvo, Esq., SBN 16398<br>Lindsay N. Roginski, Esq. SBN 16616<br>2250 Corporate Circle, Ste. 390<br>Henderson, NV 89074<br>*Attorneys for Plaintiff K.S.* | Ellen Jean Winograd, Esq., SBN 815<br>Jonathan McGuire, Esq., SBN 15280<br>690 Sierra Rose Drive<br>Reno, NV 89511<br>ewinograd@shjnevada.com<br>jmcguire@shjnevada.com<br>*Attorneys for Defendant*<br>*Truckee Gaming, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2025