CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@CMTAlaw.com
Sarah@CMTAlaw.com
Lindsay@CMTAlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.S., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JACOBS ENTERTAINMENT, INC.; CIRCUS AND ELDORADO JOINT VENTURE, LLC; TRUCKEE GAMING, LLC; MEI-GSR HOLDINGS, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO: 3:25-cv-00408-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND SET BRIEFING SCHEDULE** |

Plaintiff, K.S. ("Plaintiff"), and Defendants, CAESARS ENTERTAINMENT, INC; MEI-GSR HOLDINGS, LLC; and TRUCKEE GAMING, LLC ("Defendants") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff previously filed a Second Amended Complaint in this action; however, due to inadvertence and a mistake, the version filed was not the correct intended amended

pleading.

2. Plaintiff seeks leave to file a Third Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), for the purpose of amending the parties as follows:

   a. Jacobs Entertainment, Inc. be added as a Defendant.

   b. Caesars Entertainment, Inc. be removed as a Defendant.

   c. Circus And Eldorado Joint Venture, LLC be added as a Defendant.

   d. Meruelo Group, LLC be removed as a Defendant.

   e. MEI-GSR Holdings, LLC be added as a Defendant.

3. The Parties agree that Plaintiff may file the proposed Third Amended Complaint, a copy of which is attached hereto as **Exhibit 1**, to supersede the prior Second Amended Complaint in the interests of justice.

4. This stipulation is submitted pursuant to Federal Rule of Civil Procedure 15(a)(2), which provides that a party may amend its pleading with the opposing party's written consent or the court's leave, and that "leave shall be freely given when justice so requires."

5. The parties further stipulate and request that the Court set the following briefing schedule:

   a. Defendants' response to the Third Amended Complaint shall be due within thirty (30) days of the filing of the Third Amended Complaint.

   b. If any Defendant files a motion in response to the Second Amended Complaint, Plaintiff's opposition to such motion shall be due within twenty-one (21) days after service of the motion.

   c. Any reply in support of a motion filed by a Defendant shall be due within fourteen (14) days after service of Plaintiff's opposition.

///

1     6.    This stipulation is made in good faith and not for the purpose of delay.

2   DATED this 18th day of November 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

/s/ *Sarah DiSalvo*

_____
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle Suite 390
Henderson NV 89074
*Attorney for Plaintiff*

**MERUELO GROUP, LLC**

/s/ *David C. McElhinney*

_____
DAVID C. McELHINNEY, ESQ.
Nevada Bar No. 0033
2500 East Second Street
Reno, Nevada 89595
david.mcelhinney@meruelogroup.com
*Attorney for Defendant MEI-GSR Holdings, LLC*

**SIMONS HALL JOHNSTON, PC**

/s/ *Jonathan McGuire*

_____
ELLEN JEAN WINOGRAD, ESQ.
Nevada Bar No. 815
JONATHAN McGUIRE, ESQ.
Nevada Bar No. 15280
690 Sierra Rose Drive
Reno, Nevada 89511
ewinograd@shjnevada.com
jmcguire@shjnevada.com
*Attorneys for Defendant Truckee Gaming, LLC*

///

///

3

**MCDONALD CARANO, LLP**

/s/ Elise Yu

_____
KRISTEN T. GALLAGHER, ESQ.
Nevada Bar No. 9561
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
**McDONALD CARANO, LLP**
CHELSEA LATINO, ESQ.
Nevada Bar No. 14227
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ANN H. MACDONALD, ESQ. (*Pro Hac Vice*)
**ARENTFOX SCHIFF LLP**
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
ELISE YU, ESQ. (*Pro Hac Vice* Forthcoming)
**ARENTFOX SCHIFF LLP**
350 South Main Street, Suite 210
Ann Arbor, MI 48104
*Counsel for Defendant Caesars Entertainment.*

## ORDER

IT IS SO ORDERED.
Dated: November 19, 2025.

_____
UNITED STATES MAGISTRATE JUDGE