SIMONS HALL JOHNSTON P.C.
ELLEN JEAN WINOGRAD, ESQ.
State Bar No. 815
Email: ewinograd@shjnevada.com
JONATHAN MCGUIRE, ESQ.
State Bar No. 15280
Email: jmcquire@shjnevada.com
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Defendant*
*Truckee Gaming, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

K.S., individually,

            Plaintiff,

  v.

JACOBS ENTERTAINMENT, INC.,
CIRCUS AND ELDORADO JOINT
VENTURE, LLC; MEI-GSR HOLDINGS,
LLC; TRUCKEE GAMING, LLC; DOES 1
through 10; ROE CORPORATIONS 13
through 20; and ABC LIMITED LIABILITY
COMPANIES 21 through 30,

            Defendants.

_____/

Case No. 3:25-cv-00408-MMD-CLB

**ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO THE
THIRD AMENDED COMPLAINT**
**(Second Request)**

The parties by and through their respective counsel of record, hereby agree and stipulate as follows:

     1.    On November 20, 2025, Plaintiff filed her Third Amended Complaint in this Court, (ECF No. 61).

     2.    Defendants' deadline to respond to the Third Amended Complaint is December 22, 2025.

     3.    Due to medical leave, family emergencies and holiday schedules, the Parties agree, stipulate and respectfully request that the Court extend the deadline for Defendants to respond to the Third Amended Complaint to and including January 9, 2026.

1    4.    The Parties further agree, stipulate and respectfully request that the Court extend the

2 deadline for Plaintiff to respond to any responsive motions to and including February 6, 2026.

3    5.    The Parties further agree, stipulate and respectfully request that the Court extend the

4 deadline for Replies to any responsive motions to and including February 20, 2026.

5    6.    This is the second stipulation for an extension of time for Defendants to respond to

6 the Third Amended Complaint. This extension is requested in the interest of judicial economy. FRCP

7 1.

8 / / /

9 / / /

10 / / /

11 / / /

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

7.   This extension is sought in good faith and not for purposes of delay.

DATED this 17th day of December, 2025.

CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Sarah E. DiSalvo, Esq.*
_____

Christian M, Morris, Esq.
Sarah E. DiSalvo, Esq.
Lindsay N. Roginski, Esq.
2250 Corporate Circle, Ste. 390
Henderson, NV 89074
*and*
Jennifer A. Bogan, Esq. (Pro Hac Vice)
Jeremy W. Hoshor Johnson, Esq. (Pro Hac Vice)
BABIN LAW, LLC
10 W. Broad Street, Ste. 900
Columbus, OH 43215
*Attorneys for Plaintiff*


SIMONS HALL JOHNSTON

*/s/ Ellen Jean Winograd, Esq.*
_____

Ellen Jean Winograd, Esq.
Jonathan McGuire, Esq.
690 Sierra Rose Drive
Reno, NV 89511
Attorneys for Defendant
*Truckee Gaming, LLC*


WOMBLE BOND DICKINSON (US) LLP

*/s/ Paul Matteoni, Esq.*
_____

Paul Matteoni, Esq.
One East Liberty Street, Ste. 300
Reno, NV 89501
Paul.matteoni@wbd-us.com
David Julian Veintimilla, Esq. (Pro Hac Vice)
Michael R. Reed, Esq. (Pro Hac Vice)
Stanley R. Gorom, III, Esq. (Pro Hac Vice)
65 E. State Street, Ste. 2500
Columbus, OH 43215
*Attorneys for Jacobs Entertainment*


McDONALD CARANO LLP

*/s/ Elisa H. Yu, Esq.*
_____

Chelsea Latino, Esq.
Kristen T. Gallagher, Esq.
100 West Liberty Street, 10th Floor
Reno, NV 89501
Elisa H. Yu, Esq. (Pro Hac Vice)
Ann H. MacDonald, Esq. (Pro Hac Vice)
ARENTFOX SCHIFF, LLP
2723 S. State Street, Ste. 220
Ann Arbor, MI 48104
*Attorneys for Circus and Eldorado Joint Venture, LLC*


MERUELO GROUP, LLC

*/s/ David McElhinney, Esq.*
_____

David McElhinney, Esq.
2500 East Second Street
Reno, NV 89595
Attorneys for MEI-GSR HOLDINGS, LLC


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 17, 2025

Page 3 of 3