PAUL A. MATTEONI, BAR NO. 3486
paul.matteoni@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel: 775.823.2900
Fax: 775.823.2929

Stanley R. Gorom III (*pro hac vice*)
Michael R. Reed (*pro hac vice*)
D. Julian Veintimilla (*pro hac vice*)
HAHN LOESER & PARKS LLP
65 E State St., Suite 2500
Columbus, Ohio 43215
Phone: 614.221.0240
Fax: 614.221.5909
srgorom@hahnlaw.com
mreed@hahnlaw.com
jveintimilla@hahnlaw.com

*Attorneys for Defendant Jacobs Entertainment, Inc.*

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

K. S., individually,

Plaintiff,

vs.

JACOBS ENTERTAINMENT, INC.; CIRCUS AND ELDORADO JOINT VENTURE, LLC; TRUCKEE GAMING, LLC; MEI-GSR HOLDINGS,LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,

Defendants.

Case No. 3:25-cv-00408-MMD-CLB

**ORDER GRANTING STIPULATION AUTHORIZING DEFENDANTS TO RESPOND TO PLAINTIFF'S FORTHCOMING FOURTH AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff K.S. ("Plaintiff") and Defendants Jacobs Entertainment, Inc., Circus and Eldorado Joint Venture, LLC, Truckee Gaming, LLC, and MEI-GSR Holdings, LLC (collectively, "Defendants" and, together with Plaintiff, the "Parties") stipulate, agree, and respectfully request the Court suspend Defendants' current deadline

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

to respond to Plaintiff's Third Amended Complaint within fourteen (14) days of the Court's August 24, 2026 Order (ECF No. 97). Plaintiff represents that, pursuant to the Court's August 24 Order, Plaintiff intends to file a Fourth Amended Complaint to amend Plaintiff's perpetrator liability claim against Circus and Eldorado Joint Venture, LLC. The Parties agree that Defendants shall be permitted to respond to Plaintiff's Fourth Amended Complaint within twenty-eight (28) days of service thereof. This relief will conserve the Parties' and the Court's resources by avoiding successive responses to pleadings that Plaintiff intends to amend pursuant to the Court's August 24, 2026 Order. Accordingly, pursuant to this stipulation, the Parties agree that Defendants shall have until twenty-eight (28) days after service of Plaintiff's Fourth Amended Complaint to respond to Plaintiff's operative complaint in this matter.

IT IS SO STIPULATED.

DATED: September 1, 2026

CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Sarah E. DiSalvo (per email authorization)*
Christian M. Morris, Esq.
Nevada Bar No. 11218
Sarah E. DiSalvo, Esq.
Nevada Bar No. 16398
Lindsay N. Roginski, Esq.
Nevada Bar No. 16616
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074

*Counsel for Plaintiff K.S.*

MERUELO GROUP, LLC

*/s/ David C. McElhinney (per email authorization)*
David C. McElhinney
Nevada Bar No. 0033
2500 East Second Street

HAHN LOESER & PARKS LLP

*/s/ Michael R. Reed*
Michael R. Reed (*pro hac vice)*
Stanley R. Gorom III (*pro hac vice)*
D. Julian Veintimilla (*pro hac vice)*
HAHN LOESER & PARKS LLP
65 E. State Street, Suite 2500
Columbus, Ohio 43215
Phone: (614) 233-5165
Fax: (614) 233-5184
mreed@hahnlaw.com
srgorom@hahnlaw.com
jveintimilla@hahnlaw.com

and

Paul A. Matteoni, Bar No. 3486
WOMBLE BOND DICKISNON (US) LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Phone: (775) 321-3425
Paul.Matteoni@wbd-us.com

Reno, Nevada 89595
Phone: (775) 789-5330
david.mcelhinney@meruelogroup.com

*Counsel for Defendant MEI-GSR Holdings, LLC*

SIMONS HALL JOHNSTON PC

*/s/ Ellen Jean Winograd (per email authorization)*
Ellen Jean Winograd (NSBN 815)
Jonathan McGuire (NSBN 15280)
690 Sierra Rose Dr.
Reno, Nevada 89511
Phone: (775) 785-0088
Email: ewinograd@shjnevada.com

*Counsel for Defendant Truckee Gaming, LLC*

*Counsel for Defendant Jacobs Entertainment, Inc.*

McDONALD CARANO LLP

*/s/ Elise H. Yu (per email authorization)*
Elise H. Yu (*pro hac vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104

Ann H. MacDonald (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606

Kristen T. Gallagher (NSBN 9561)
2300 W. Sahara Ave., Suite 1200
Las Vegas, Nevada 89102

Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501

*Counsel for Defendant Circus and Eldorado Joint Venture, LLC*

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: September 1, 2026

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501