McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

K.S., pseudonymously,

Plaintiff,

vs.

JACOBS ENTERTAINMENT, INC., CIRCUS AND ELDORADO JOINT VENTURE, LLC; TRUCKEE GAMING, LLC; MEI-GSR HOLDINGS, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 Through 30,

Defendants.

Case No. 3:25-cv-00408-MMD-CLB

**ORDER GRANTING**

**STIPULATION TO EXTEND DEFENDANT CIRCUS AND ELDORADO JOINT VENTURE, LLC'S DEADLINE TO RESPOND TO FOURTH AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE**

**(SECOND REQUEST)**

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Plaintiff K.S. ("Plaintiff") and Defendant Circus and Eldorado Joint Venture, LLC ("Circus Circus"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On September 1, 2026, the Court entered the parties' stipulation extending the deadline for all defendants to respond to Plaintiff's forthcoming Fourth Amended Complaint ("FAC") to twenty-eight (28) days after the FAC is filed. ECF No. 99.

2. On September 23, 2026, Plaintiff filed her Fourth Amended Complaint in this Court. ECF No. 100. Accordingly, the current deadline for defendants to respond to the FAC is October 21, 2026.

3. Defendant Circus Circus has since indicated that it intends to file a motion to dismiss. Due to unforeseen and exigent circumstances in other matters, counsel for Circus Circus requires a short, additional extension of seven (7) days.

4. Accordingly, the Parties agree, stipulate, and respectfully request that the deadline for Defendant Circus and Eldorado Joint Venture, LLC to file its motion to dismiss Fourth Amended Complaint be extended by seven (7) days from October 21, 2026 to October 28, 2026.

5. The Parties further agree, stipulate, and respectfully request that the Court enter the following briefing schedule on Circus Circus's forthcoming motion to dismiss:

   a. Plaintiff's opposition to Circus Circus' motion shall be due on or before November 20, 2026.

   b. Any reply in support of a motion filed by Circus Circus shall be due on or before December 11, 2026.

6. This is the second stipulation for an extension of the time for Defendant to answer or otherwise plead in response to the Fourth Amended Complaint, and this is the first stipulation for entry of a briefing schedule for same. It is not sought for purposes of delay, but to conserve the parties' and judicial resources by allowing Circus Circus to prepare an appropriate, focused

/ / /

/ / /

/ / /

briefing.

IT IS SO STIPULATED.

Dated: October 20, 2026.

CHRISTIAN MORRIS TRIAL ATTORNEYS

/s/ *Sarah E. DiSalvo*
Christian M. Morris, Esq
Nevada Bar No. 11218
Sarah E. DiSalvo, Esq
Nevada Bar No. 16398
Lindsay N. Roginski, Esq.
Nevada Bar No. 16616
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074

*Counsel for Plaintiff K.S.*

McDONALD CARANO LLP

*/s/ Kristen T. Gallagher*
Kristen T. Gallagher (NSBN 9561)
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102

Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501

Ann H. MacDonald (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7300
Chicago, IL 60606

Elise Yu (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
2723 South State Street, Suite 220
Ann Arbor, MI 48104

*Counsel for Defendant Circus and Eldorado Joint Venture, LLC.*

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966