CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@CMTAlaw.com
Sarah@CMTAlaw.com
Lindsay@CMTAlaw.com
*-And-*
IAN STEGMAIER, ESQ.
Ohio Bar No. 0083603 (*Pro Hac Vice)*
**BABIN LAW, LLC**
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: (614) 761-8800
ian.stegmaier@babinlaws.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| K.S., an individual,<br><br>Plaintiff,<br>vs.<br><br>JACOBS ENTERTAINMENT, INC.; CIRCUS AND ELDORADO JOINT VENTURE, LLC; TRUCKEE GAMING, LLC; MEI-GSR HOLDINGS, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO: 3:25-cv-00408-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT JACOBS ENTERTAINMENT, INC.'S MOTIONS TO DISMISS** |

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

Plaintiff, K.S. ("Plaintiff"), by and through their counsel of record, and Defendants, JACOBS ENTERTAINMENT, INC. ("Defendant Jacobs"), MEI-GSR HOLDINGS, LLC, ("Defendant MEI"), TRUCKEE GAMING, LLC ("Defendant Truckee") and collectively, ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendant Jacobs Motion to Dismiss Plaintiff's 4th Amended Complaint (ECF 103) filed on October 21, 2026, Defendant Truckee's Joinder (ECF 105) filed on October 21, 2026, and Defendant MEI's Motion to Withdraw Answer & Joinder to Defendant Jacobs Motion to Dismiss (ECF 107) filed on October 30, 2026, in the above-captioned matter.

The parties agree to extend the deadline for Plaintiff to file oppositions to Defendants' Motions to Dismiss to November 18, 2026, and the deadline for Defendants to file replies in support of their Motions to Dismiss to December 2, 2026.

This is the parties' First request to extend Plaintiff's deadline to respond to Defendants' Motions to Dismiss. This stipulation is made in good faith and not for the purpose of delay.

DATED this 4th day of November 2026.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

*/s/ Sarah E. DiSalvo*

____________________________

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle Suite 390
Henderson NV 89074
*Attorney for Plaintiff*

**MERUELO GROUP, LLC**

*/s/ David C. McElhinney*

____________________________

DAVID C. MCELHINNEY, ESQ.
Nevada Bar No. 0033
2500 East Second Street
Reno, Nevada 89595
*Attorneys for Defendant MEI-GSR Holdings, LLC*

…
…
…
…
…
…
…
…

**SIMONS HALL JOHNSTON, PC**

*/s/ Ellen Jean Winograd*

______________________________
ELLEN JEAN WINOGRAD, ESQ.
Nevada Bar No. 815
JONATHAN MCGUIRE, ESQ.
Nevada Bar No. 15280
690 Sierra Rose Drive
Reno, Nevada 89511
*Attorneys for Defendant Truckee Gaming, LLC*

**WOMBLE BOND DICKINSON, LLP**

*/s/ D. Julian Veintimilla*

______________________________
PAUL A. MATTEONI, ESQ.
Nevada Bar No. 3486
One East Liberty St., Suite 300
Reno, Nevada 89501
*-and-*
D. JULIAN VEINTIMILLA, ESQ.
*(Pro Hac Vice)*
MICHAEL R. REED, ESQ. *(PHV)*
**HAHN LOESER & PARKS LLP**
65 E. State St., Suite 2500
Columbus, Ohio 43215
*Attorneys for Defendant Jacobs Entertainment, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of November, 2026.

______________________________
DISTRICT COURT JUDGE

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

Outlook

## RE: K.S. v. Jacobs Entertainment, et al- SAO Extend Time for Pltff to Respond to Defs' Motions to Dismiss

**From** David McElhinney <david.mcelhinney@meruelogroup.com>

**Date** Tue 2026-11-03 9:45 AM

**To** Nicole DuBois <NicoleD@cmtalaw.com>; Yu, Elise H. <elise.yu@afslaw.com>; MacDonald, Ann H. <ann.macdonald@afslaw.com>; Matteoni, Paul <paul.matteoni@wbd-us.com>; Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>

**Cc** Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Jennifer Hess <Jennifer.Hess@meruelogroup.com>; Chelsea T. Latino <clatino@mcdonaldcarano.com>; Rebecca Mosher <rmosher@mcdonaldcarano.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Emma R. Perkins <eperkins@mcdonaldcarano.com>; Michael R. Reed <mreed@hahnlaw.com>; Ian Stegmaier <ian.stegmaier@babinlaws.com>; Elizabeth Carter <ecarter@hahnlaw.com>; Tamara Toles <ttoles@shjnevada.com>; NGates@hahnlaw.com <ngates@hahnlaw.com>; Marianne Carter <mcarter@mcdonaldcarano.com>; Julian Veintimilla <jveintimilla@hahnlaw.com>

I have no recommended changes and you may affix my signature to the SAO to extend time.
David

Meruelo GROUP

**David McElhinney**
**Associate General Counsel**
o:775.789.5330
c:562.413.8528
david.mcelhinney@meruelogroup.com

NOTICE: This transmission, including any attachments, may contain confidential and privileged information intended solely for use by specific recipients. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify me by telephone or e-mail immediately and destroy the transmission. Thank you for your cooperation and assistance.

---

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Tuesday, November 3, 2026 8:59 AM
**To:** Yu, Elise H. <elise.yu@afslaw.com>; David McElhinney <david.mcelhinney@meruelogroup.com>; MacDonald, Ann H. <ann.macdonald@afslaw.com>; Matteoni, Paul <paul.matteoni@wbd-us.com>; Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>
**Cc:** Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Jennifer Hess <jennifer.hess@meruelogroup.com>; Chelsea T. Latino <clatino@mcdonaldcarano.com>; Rebecca Mosher <rmosher@mcdonaldcarano.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Emma R. Perkins <eperkins@mcdonaldcarano.com>; Michael R. Reed <mreed@hahnlaw.com>; Ian Stegmaier <ian.stegmaier@babinlaws.com>; Elizabeth Carter <ecarter@hahnlaw.com>; Tamara Toles <ttoles@shjnevada.com>; NGates@hahnlaw.com; Marianne Carter <mcarter@mcdonaldcarano.com>; Julian Veintimilla <jveintimilla@hahnlaw.com>
**Subject:** K.S. v. Jacobs Entertainment, et al- SAO Extend Time for Pltff to Respond to Defs' Motions to Dismiss

Good afternoon,

Please see attached the SAO to extend time for Plaintiff to respond to the Defendants' MTD's and Joinders for your review.

If no changes are needed please confirm we may e-sign on your behalf.

Best regards,
Nicole DuBois
Paralegal

"For those who Can't, We do."

CHRISTIAN MORRIS
TRIAL ATTORNEYS

2250 Corporate Circle Suite 390

Henderson NV 89074

Direct Tel: 702-763-6904

Office Fax: 702-434-1488

Office Tel: 702-434-8282

Nicoled@cmtalaw.com

CMTrialAttorneys.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Outlook

## RE: [EXTERNAL] Re: K.S. v. Jacobs Entertainment, et al- SAO Extend Time for Pltff to Respond to Defs' Motions to Dismiss

**From** Julian Veintimilla <jveintimilla@hahnlaw.com>

**Date** Wed 2026-11-04 5:56 AM

**To** Nicole DuBois <NicoleD@cmtalaw.com>; Tamara Toles <TToles@shjnevada.com>; Yu, Elise H. <elise.yu@afslaw.com>; David McElhinney <david.mcelhinney@meruelogroup.com>; MacDonald, Ann H. <ann.macdonald@afslaw.com>; Matteoni, Paul <paul.matteoni@wbd-us.com>; Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>

**Cc** Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Jennifer Hess <jennifer.hess@meruelogroup.com>; Chelsea T. Latino <clatino@mcdonaldcarano.com>; Rebecca Mosher <rmosher@mcdonaldcarano.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Emma R. Perkins <eperkins@mcdonaldcarano.com>; Michael R. Reed <MReed@hahnlaw.com>; Ian Stegmaier <ian.stegmaier@babinlaws.com>; Natasha Gates <NGates@hahnlaw.com>; Marianne Carter <mcarter@mcdonaldcarano.com>

Yes, thank you.

HAHN LOESER
attorneys at law







**Julian Veintimilla** | Associate
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (614) 233-5142 | Fax: (614) 233-5178
JVeintimilla@hahnlaw.com | hahnlaw.com
65 East State Street, Suite 2500 | Columbus, Ohio 43215
*Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, Chicago, Tampa, Sarasota, and Orlando.*

*This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.*




---

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Tuesday, November 3, 2026 6:47 PM
**To:** Tamara Toles <TToles@shjnevada.com>; Yu, Elise H. <elise.yu@afslaw.com>; David McElhinney

<david.mcelhinney@meruelogroup.com>; MacDonald, Ann H. <ann.macdonald@afslaw.com>; Matteoni, Paul <paul.matteoni@wbd-us.com>; Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>
**Cc:** Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Jennifer Hess <jennifer.hess@meruelogroup.com>; Chelsea T. Latino <clatino@mcdonaldcarano.com>; Rebecca Mosher <rmosher@mcdonaldcarano.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Emma R. Perkins <eperkins@mcdonaldcarano.com>; Michael R. Reed <mreed@hahnlaw.com>; Ian Stegmaier <ian.stegmaier@babinlaws.com>; Elizabeth Carter <ecarter@hahnlaw.com>; Natasha Gates <ngates@hahnlaw.com>; Marianne Carter <mcarter@mcdonaldcarano.com>; Julian Veintimilla <jveintimilla@hahnlaw.com>
**Subject:** [EXTERNAL] Re: K.S. v. Jacobs Entertainment, et al- SAO Extend Time for Pltff to Respond to Defs' Motions to Dismiss

This email originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

Thank you, Tamara.

Mr. Veintimilla, do we have your permission to e-sign as well? The Opposition is due tomorrow so we would like to get this filed today if possible!

Thank you!

Best regards,
Nicole DuBois
Paralegal

"For those who Can't, We do."

CHRISTIAN MORRIS
TRIAL ATTORNEYS

2250 Corporate Circle Suite 390
Henderson NV 89074
Direct Tel: 702-763-6904
Office Fax: 702-434-1488
Office Tel: 702-434-8282

Nicoled@cmtalaw.com

CMTrialAttorneys.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Tamara Toles <TToles@shjnevada.com>
**Sent:** Tuesday, November 3, 2026 3:42 PM
**To:** Nicole DuBois <NicoleD@cmtalaw.com>; Yu, Elise H. <elise.yu@afslaw.com>; David McElhinney <david.mcelhinney@meruelogroup.com>; MacDonald, Ann H. <ann.macdonald@afslaw.com>; Matteoni, Paul <paul.matteoni@wbd-us.com>; Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>
**Cc:** Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Jennifer Hess <jennifer.hess@meruelogroup.com>; Chelsea T. Latino <clatino@mcdonaldcarano.com>; Rebecca Mosher <rmosher@mcdonaldcarano.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Emma R. Perkins <eperkins@mcdonaldcarano.com>; Michael R. Reed <mreed@hahnlaw.com>; Ian Stegmaier <ian.stegmaier@babinlaws.com>; Elizabeth Carter <ecarter@hahnlaw.com>; NGates@hahnlaw.com <ngates@hahnlaw.com>; Marianne Carter <mcarter@mcdonaldcarano.com>; Julian Veintimilla <jveintimilla@hahnlaw.com>
**Subject:** RE: K.S. v. Jacobs Entertainment, et al- SAO Extend Time for Pltff to Respond to Defs' Motions to Dismiss

Nicole,

On behalf of Ms. Winograd and Truckee Gaming, you have permission to e-sign.

Thank you.

Best,

Tamara Toles
*Paralegal*
SIMONS HALL JOHNSTON
690 Sierra Rose Drive
Reno, NV 89511
T: (775) 785-0088
F: (775) 785-0087

**PERSONAL AND CONFIDENTIAL**: The information contained in this message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you believe you have received this e-mail message in error, please email the sender.

---

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Tuesday, November 3, 2026 8:59 AM
**To:** Yu, Elise H. <elise.yu@afslaw.com>; David McElhinney <david.mcelhinney@meruelogroup.com>; MacDonald, Ann H. <ann.macdonald@afslaw.com>; Matteoni, Paul <paul.matteoni@wbd-us.com>; Kristen T. Gallagher <kgallagher@mcdonaldcarano.com>
**Cc:** Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Jennifer Hess <jennifer.hess@meruelogroup.com>; Chelsea T. Latino <clatino@mcdonaldcarano.com>; Rebecca Mosher <rmosher@mcdonaldcarano.com>; Jonathan McGuire <jmcguire@shjnevada.com>; Emma R. Perkins <eperkins@mcdonaldcarano.com>; Michael R. Reed <mreed@hahnlaw.com>; Ian Stegmaier <ian.stegmaier@babinlaws.com>; Elizabeth Carter <ecarter@hahnlaw.com>; Tamara Toles <TToles@shjnevada.com>; NGates@hahnlaw.com; Marianne Carter <mcarter@mcdonaldcarano.com>; Julian Veintimilla <jveintimilla@hahnlaw.com>
**Subject:** K.S. v. Jacobs Entertainment, et al- SAO Extend Time for Pltff to Respond to Defs' Motions to Dismiss

*Good afternoon,*